**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2651**

_____

LAWRENCE VERLINE WILDER, SR.,

Plaintiff - Appellant,

versus

UNITED STATES FEDERAL PROTECTIVE SERVICE;
MAYOR BALTIMORE CITY, MARYLAND; COMMISSIONER
BALTIMORE POLICE DEPARTMENT, MARYLAND; COMMIS-
SIONER HOWARD COUNTY POLICE DEPARTMENT, MARY-
LAND; FIRE CHIEF HOWARD COUNTY FIRE DEPART-
MENT, MARYLAND; DONNA E. SHALALA, SECRETARY OF
HEALTH AND HUMAN SERVICES; PRESTIGE MOTORS,
BALTIMORE, MARYLAND; COUNTY EXECUTIVE, HOWARD
COUNTY, MARYLAND,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
97-3747-S)

_____

Submitted: January 22, 1998      Decided: February 3, 1998

_____

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. Wilder v. United States Federal Protective Serv., No. CA-97-3747-S (D. Md. Nov. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED